UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20706-CR-LENARD(S)

United States of America,
    Plaintiff,

LANGUAGE: English

USM Number: 05615-104

SOHAIL SHEIKH,
    Defendant.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Jonathan Goodman on 10/9/14, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENSE COUNSEL:   AFPD

BOND SET:   $100K PSB

Dated: 10/9/14

STEVE LARIMORE
CLERK OF COURT

By: Deputy Clerk